# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00239-CV

Gerald Washington,
Appellant

v.

Veronica Espinoza as Next Friend of M.M.,
Appellee

On appeal from the
County Court at Law No. 1 of Ellis County, Texas
Judge James S. Chapman, presiding
Trial Court Cause No. 25-C-3224

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Gerald Washington, appealed from a final judgment signed by the trial court on June 17, 2025. On July 28, 2025, Appellant was notified that the filing fee was due on or before Thursday, August 7, 2025, and that a docketing statement was required to be completed and returned to this Court by Thursday, August 7, 2025. The filing fee was not paid and the required docketing statement was not received. *See* TEX. R. APP. P. 5, 32.1.

By letter dated August 11, 2025, the Clerk of this Court notified Appellant that the filing fee had not been paid and that if the fee was not paid before Monday, September 1, 2025, the appeal would be dismissed. In that same letter, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Monday, September 1, 2025. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, the filing fee has not been paid and we have not received the docketing statement, nor have we received any request for an extension of time to pay the filing fee or to file the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 32.1, 42.3(c).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: September 11, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

